**Jeffrey Bernard LINEBERGER, Plaintiff–Appellant,**

v.

**Michael YORK, Administrator I; John J. Hamlin, Programs Administrator II; Theodis Beck, Secretary of D.O.C.; Juanita H. Baker, Chairperson of the North Carolina Parole; Karem R. Pardue, Senior Parole Case Analyst; Mary Harrop, Parole Case Analyst; Judy H. Sills, Manager of the North Carolina Department of Corrections, Defendants–Appellees.**

---

No. 03–6771.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 24, 2003.

Jeffrey Bernard Lineberger, Appellant pro se. Elizabeth F. Parsons, Office of the Attorney General, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffrey Bernard Lineberger appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lineberger v. York*, No. CA–02–210–1 (M.D.N.C. Apr. 25, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*